STOLLWERCK BROTHERS, INC., Appellant, *v.* HAZLITT A. CUPPY, Respondent.

*Stollwerck Brothers, Inc.,* v. *Cuppy,* 163 App. Div. 852, affirmed. (Argued March 14, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1914, affirming a judgment in favor of defendant entered upon a verdict in an action to recover money loaned. The answer admitted the receipt of the money, but alleged that the defendant agreed to repay it, not absolutely, but conditionally, out of profits received by him under certain contracts, if he should receive such profits, and alleged further that no such profits ever had been received.

*Edward H. Wilson* for appellant.

*Frederick M. Thompson* and *Frank R. Savidge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.